# VERIFICATION

**State of Louisiana:**

**Parish of Lafourch:**

Now before me, a Notary Public, for the State and Parish aforesaid, came and appeared

**Todd Danos**

Who after being placed under oath, stated that he is a major and citizen of the state and parish as referenced herein, and an owner for Timmie Danos, Inc.:

That he is familiar with David Mott and with the facts surrounding his claim for Disability, Maintenance and Cure;

That he has read the proposed complaint seeking relief under Declaratory Judgment, and it is true and correct to the best of his current knowledge, information, and belief.

/s/ Todd Danos

_____
**Todd Danos**

Sworn to and subscribed to before me, a Notary Public, on this _12th ____ day of February 2020.

/s/ Cecily S. Salley
_____
Notary Public, State of Louisiana