AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Timmie Danos, Inc. <br><br> *Plaintiff(s)* <br> v. <br><br> David Mott <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-00509 H(4) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　David Mott, P.O. Box 151, Cut Off, La. 70345

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Fred E. Salley
　　77378 Hwy 1081
　　Covington, La. 70435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　Carol L. Michel
　　　　　　　　　　　　　　　　　　　　　　　　　*Name of clerk of court*

Date: Feb 13 2020　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00509 H(4)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __David Mott__
was received by me on *(date)* __2-15-2020__.

☑ I personally served the summons on the individual at *(place)* __141 East 7th Street Larose, La__ on *(date)* __2-17-2020__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __205.00__ for travel and $ __517.50__ for services, for a total of $ __722.50__ ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: __02-17-2020__

_____
Server's signature

__Otha Ray Jenkins III / server__
Printed name and title

__75471 Fussell Rd. Covington La 70435__
Server's address

Additional information regarding attempted service, etc: